Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__N J__ District of __OCEAN__

_____ Division

|  |  |
|---|---|
| Robert I calleh | Case No. _____ |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

NJ fenily court $ DYFS
Charles bemer
Tushin JENNickgo

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

RECEIVED

MAY 15 2026

AT 8:30_____
CLERK, U.S. DISTRICT COURT - DNJ____M

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                     Robert I Calleh

All other names by which

you have been known:

ID Number                P2372

Current Institution      OCEAN County Jail

Address                  120 Hooper AVE

                         Toms River        NJ        08753
                         _City_           _State_    _Zip Code_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                         NJ family court

Job or Title *(if known)*    Judges

Shield Number

Employer

Address                      120 Hooper AVE

                             Toms River        NJ        08753
                             _City_           _State_    _Zip Code_

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                         Charles bauer

Job or Title *(if known)*    Judge

Shield Number

Employer                     NJ family courts

Address                      120 Hooper AVE

                             Toms River        NJ        08755
                             _City_           _State_    _Zip Code_

☐ Individual capacity    ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name  Juslw Jennings

Job or Title *(if known)*  supervior

Shield Number

Employer  DYFS

Address  Ocean count North office
Toms River    NJ    08753
_____City_____State_____Zip Code

☑ Individual capacity  ☒ Official capacity

Defendant No. 4

Name  DYFS Ocean county North

Job or Title *(if known)*

Shield Number

Employer  NJ

Address

Toms River    NJ    08753
_____City_____State_____Zip Code

☐ Individual capacity  ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process Coui'l Libertys  state $ federal
Constitutional Right Devial of parental Rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Judge Baucer was told multiple Times It was conflict for my case has carried a T.R.O for A year Now and enclosed No visitor with my son DYFS is invouled due to mother and I've gotten ZERO wistation or reundication with my chi'ld

**III.  Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* T.RO court Rulz.ugs and vilohions Denied of parrotal Rights and visitahion with son via A T.RO And multiple DUE proccess violctions

**IV.  Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose. Ocean County family court and Drug video Montioed court Interachions Telephone communcation with DyFS wroker Justin Jennings

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. Ocean county viedo court and proccedings

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur? Started 7-3-2025 and have continued multiple copt Dates, multiple violations Judge recused Him self then Hasnt left CASE

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I Already have A Fedral District CASE Njcuslt ocean county Family cant Judge bower has Carried A T.Ro since 7-3-2025 Enclosed in said TRO NO Vishtateheea will Son original chase was Dissmissd DYFS hast done Any reunificahian or supruse visits with my child

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Phy scolisal my Son Ripped from my life Have been Incarcratied for this multiple time Has Denied me My parental Bond with my child Irrevosable Harm has been Done lost Home, Job, child Famy/son Bond and time

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. correct courts behavior Audit ocean county family courts and there miss use power DYFS lack of responsiblty and failing to do there job reunification My sons physicalisal make my god given Right to parent and parental Rolfts have BEEN By passed By A T.RO 10-15 day document that has been garried Deny me Vistedon or suprused time with my son

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  Ocean canty Jail to Judge Him self on Record to public Deffnder to Justin Jennis of DYFS.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?  To Head public Deffnder to Marrisa Kromer to Judje Bauer to super vice Justin Jennigs to A.G To NJ fami'y court to Adminstrahive ollios of court via certified med (

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?  on court record to public
Defendurs office to Judge to Justine Jenning
of DYFS north Also called Conversathons ALL
Recorded.

2.    What did you claim in your grievance?  violahon of DUE process
Uilahon of parental nyHs violchon of
state and Fedral constutions and violdion
of cul. librlys

3.    What was the result, if any?  ZERO

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

NJ. AG / NJ Admistrahve offices of court
To public Deffendos officer on multpie video
mentured cout Hearing and in nelul cout Room
ZERO repive help or CHANGE

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ON court record to supruisars to NJ AG To Administachue offices of court to NJ public'c Defendos to NJ ocean Noth DYFS supouros

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?



Yes

No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    Robert call de

Defendant(s)    MADLIN INbinder  NJ femily courts

2.  Court *(if federal court, name the district; if state court, name the county and State)*

OCEAN County family court

3.  Docket or index number

3ᵉ 2020 CUO 1315

4.  Name of Judge assigned to your case

Douslas E Arpert / FredA L Wofson

5.  Approximate date of filing lawsuit

2020

6.  Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)      Robert I celleder

Defendant(s)    NJ family courts and JUDGES

2.  Court *(if federal court, name the district; if state court, name the county and State)*

OCEAN county family court

3.  Docket or index number

3: 2020 CV0 1315

4.  Name of Judge assigned to your case

Douglas E Arpert / Freda L Wolfson

5.  Approximate date of filing lawsuit

2020

6.  Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition      N / A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5 - 5 - 2026

Signature of Plaintiff    _Robert Calla_

Printed Name of Plaintiff    Robert Callahan

Prison Identification #    P2372

Prison Address    120 Hooper AVE

Toms River                    NJ        08753
        *City*                        *State*        *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
*City*        *State*        *Zip Code*

Telephone Number    732 503 - 7720

E-mail Address    RCALLAHAN 8110@gmail.com