AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Robert J calude
_____
Plaintiff/Petitioner                )
                                    )
                                    )    **RECEIVED**
charles bauer / Justin Jenniss      )
NJ Family Court / DYFS              )    Civil Action No.    **MAY 15 2026**
_____             )
Defendant/Respondent                )    AT 8:30_____M
                                         CLERK, U.S. DISTRICT COURT - DNJ

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:  __Ocean County__ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ ___0___ , and my take-home pay or wages are:  $ ___0___ per
*(specify pay period)* ___0___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment        ☐ Yes        ☑ No
(b) Rent payments, interest, or dividends                 ☐ Yes        ☑ No
(c) Pension, annuity, or life insurance payments          ☐ Yes        ☑ No
(d) Disability, or worker's compensation payments         ☐ Yes        ☑ No
(e) Gifts, or inheritances                                ☐ Yes        ☑ No
(f) Any other sources                                     ☐ Yes        ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____Ø_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N / A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NO / SON

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

STATE FINES DMV

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  5-5-26

_____
*Applicant's signature*

Robert I callcler
*Printed name*

NJ family court

C/C Charles bauer

C/C A.C.L.U

C/C NJ A.G

:/c Public Defenders

**OCEAN COUNTY DEPARTMENT OF CORRECTIONS**
**INMATE LETTERHEAD**

Use Both Sides of Paper
Inmate Print Name Here

4 · 27 · 2026

Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

To, whom this may concern I'm reaching out because of the continued disregard for LAW and DUE process and continued violations of my Civil libertys and state and federal constitutional protected Rights! With that being said I've repeatedly told Judge Charles bauer of NJ family courts of my federal District case with O.C.N family court stated on Record multiple times. Also A T.R.O Issued on 7-3-2025 served and signed by ME on 7-18-2025 Against A Trinity Wixner that has been carried now to this day and has BEEN held as an INdefant T.R.O which Totaly goes agaunsts courts Ruleing and language of 10 to 15 days It is Now 4·27·2026. the Quailfying charge that got Ms. Wixner T.R.O was Dismissed yet T.R.O has been held. ANd within said T.R.O stated ZERO visitation with MINE and Ms Wixner 7yr old SON Now this T.R.O has been used to circumvent my parental to 2201

D.O.C. 52

ights as a father! This Document has been used
o Hi Jnck my son out of my life and
has been given a power and ability to Rip
my son from my life has also continued to
get me incarserated repeatedly because
Judge B Charles Bauer and O.C.N family cont
are not what the ruleing conts have already
stated and mandeted. Now it has totally
BEEN USED as a tool to keep me incarcerated
nd Deprive me of my GOD given Right
> BE A parent to My son this is my
2nd time contacting your offices How can
us be four equal balanced justice How is
us not a violation of my Rights and Due process
so Can a Judge carry a Document for about a
year now! with zero contences on Record?
How can He enclose in said T.Ro No visitations
with my son? and then hold a T.R.O as
F Ndefantant T.R.O? ... I'm seeking much
leeded relife form the injustics I've hnd to endur
also the loss of parented time with my son I'm seeki
help and Relief & Justice from your office!

# OCEAN COUNTY DEPARTMENT OF CORRECTIONS
## INMATE LETTERHEAD

Use Both Sides of Paper
Inmate Print Name Here

3/6

Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

Also A MAJOR concern is ocean county's Judges and prosecuters mis use of Bail scheduls and guidliness I find my self held and Denied Bail Because of there mis use. My record is from my 20's Ive only missed one court date on 3-26-06 charles Barker fam'y court Because Ive reapeatdly stated it a conflict of Intrest I have a fedral District case Agcusnt ocean county fam'y cant! CALLAHAN VS ocean county fam court! I was even denied Home confinen Courts. The proscuctr stated lie's on the record

D.O.C. 52

is If Intact and they Arent. 23yrs since my last felony conviction 17yrs since Any type of charge that could be construed is violant or Domestic Also over 10yrs plus since I missed any cout date other then ~ 3-26-2006 Judse BauRER fomiy auto. Yet I find my self Denied surety of beil for what reason? I'm Innocet till proven guilty? why am I forced to deal with obation officers when I've been found guilty! Nothing! and all if not majority of my stuff is 4th degree disordely persons! Also ocean county has A habit of Altering the court record by muteing a Deffendant when they dont want certain things stated on the record that is a blatent dis regaurd for law and a manipulation by ocean county

# OCEAN COUNTY DEPARTMENT OF CORRECTIONS
## INMATE LETTERHEAD

Use Both Sides of Paper
Inmate Print Name Here

5/6

Correctional Facility
114 Hooper Avenue
Toms River, N.J. 08753

To Have the vile court record only reflect what they want.
Judges and prosecuters! my court video's
ARE clear clear Indication of such behavior
By ocean county and It's Judges they should'n
not be allowed to mute or cut a Defendant
off because they don't want certain facts
on the record such as ME and my
federal District case Against ocean
County family court so they made it
A point to Deny the Judge and the court
Accurate record. A True and factual basis's
of fact's and not mis representation of
→

FACts or factual criminal Records and of Information.. I didn't Just Random not go to Charles bauer fanily cant in ocean canty I've stated this to my Public Defender and Also in family court court with ZERO reprive of Justice It's obvious I'm not getting Fair and Impartial treatment and the carts ARE defiantly not keeping with the Image of Fair and balanced Justice Again I'm Begging you the A.G. and administrative sffices for help and relief from this oppressed and Bou'se, denail of my civil Liboty's and due process and state and fedral constitneel rights ue process and state and fedral constitneel rights Sincerly, Robert J Callahan



Page __1__ of __1__

**Ocean County Superior Court.– Law Division**
**Supplement to Criminal Information Form**

Defendant Name: __ROBERT CALLAHAN__          Date: __4/24/26__

Indictment No.: __FO-15-460-26/W2026-213-1507__          Judge: __SAHIN__
__FO-15-459-26/W2026-210-1507__
__FO-15-458-26/W2026-198-1507__

## BENCH WARRANT EXECUTED

## FTA 3-26-26 JUDGE BAUER NO BAIL/CJR

✱ oNly cant cASE Ive missed iN oVER 10yrs ↱
To conflict Ive repeatedly stated on record ✱

STATE FILED MOTION TO REVOKE RELEASE : DEFT DETAINED PENDING MRR

✱ all 4th degrees charges for T.R.O who's ✱
Qualifying chArsE was Dismissed And sai'd
T.R.O Hns been carried for Almost a year

NEXT COURT DATE :  DH 4/27/26 & MRR 4/27/26 PMS

PROS:A.ANGELO

PD: COOKE

Clerk: __M.CAPISTRAN EXT.64396__
C/S/ZOOM

White: Court                    Yellow: Warden                    Pink: Defendant

✱ CALLAHANS/NofES