AO 240A  (Rev. 01/09; NJ 06/17; NJ 10/21)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBERT I. CALLAHAN<br><br>          Plaintiff(s),<br><br>v.<br><br>NJ FAMILY COURT<br>          Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. 26-5594 |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☐      **GRANTED**, and

☐      The clerk is ordered to file the complaint,

☐      **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff(s).  All costs of service shall be advanced by the United States.

☐      **DENIED**, for the following reasons:

☐      **IT IS FURTHER ORDERED**, the clerk is ordered to close the file.  Plaintiff(s) may submit payment in the amount of **$405** within **14** days from the date of this order to reopen the case without further action from the Court.

ENTERED this     day of       , 2026    s/_____

                                         Signature of Judicial Officer

                                     Robert Kirsch, USDJ

                                     Name and Title of Judicial Officer