Robert Callahan ID# P2372
OCEAN COUNTY Jail
114 Hooper Avenue
Toms River, NJ 08754
THIS ADDRESS IS A COUNTY
PRISON ADDRESS. IT IS A COUNTY
INMATE. COUNTY IS NOT
RESPONSIBLE FOR DEBTS
INCURRED BY INMATE



7022 1670 0003 3595 7391

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



USA ★ FOREVER

N.J federal District Court
Clarkson fischer building and
U.S. Courthouse
402 E. State St.
Trenton NJ 08608

**RECEIVED**

MAY 15 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

