Ocean County

Howhorble,                                                    5/22/26
    Judge Kirsch U.S. DJ


                    Cover Letter
        Enclosed Exhibts 1 thru 5

Exhibt (1)    1 page
                                    **RECEIVED**
xhibt (2)    1 of 3 pages           JUN - 1 2026

                                    AT 8:30 _____ M
xhibt (3)    1 of 6 pages           CLERK, U.S. DISTRICT COURT - DNJ

xhibt (4)    1 of 3 pages

xhibt (5)  Letter Addressing Contumed violations
              (3 of 3) pages
        Callahan us NJ family courts
              ocean county
ocket   3:2020 CUO 01315


Eb 7, 2020
            US District NJ
Judge Douglas Arpert

Counsel  Freda L. Wolfson

        Civil Right & other violations
        42 U.S.C 1983

Exhibt (J)

TO,                                                    1 of 3

whom this may concerned my name is Robert calleton. I writting seek relife from contuniel violations under 42 U.S.C and Civil Rights violations By ocean County family carts and It's Judges! I've been housed for over 49 days lost my home Employment and all contact of my minor 7yrold son N.D.C D.O.B 11/03/2018 via A T.R.O thats been Carried since 7-3-2025 orisnal charge criminal mischeif was dissmissed Nouerber 2025 My parntal Rishts Have been violed the plentilf has repeatdly stated that she wants seuid T.R.O Dropped court Has refused Ive stated on the recorded multple times it's A conflict with zero relief or resoultion By seuid corts the court Tunscripts will refelt same The Judge has still carried this T.R.O even After all supposed violetions Dissmissed. have refused to Amend T.R.O for vistation to my son and is forceably Demanding me to contact D.v to file for A F.R.O and I was even Denied A carve out

Exhibt (5)

3 of 3

Why ARE OCEAN County Courts force iny
A F,R.O Trial knowing It's A
conflict knowing It doesn't keep
with the Image of fair and
blanced Justice? How and or
why would I ever And lose MORE
Because A F.R.O Infriges
Heavly on ONE life I've been
Deived the most baise of libertys
And now my 7 yr old son
HAS suffered phycoligical DAMAGE
And His Right to HAVE His bilosical
Father present! I seek relife and
Compesation for all that I'm suffering
and contine to suffer. I filled
out the forma PAUPERIS form in
my New Application or Amendment to
us. District court It was enclosed
I'd like to Appolisize for my spelling
and grammer Now and thank
the courts for it's time and
Consideration. I'm G.E.d Bducatced
Adopted child and this is A learning
Experince for ME so I Apolize in Advance
for Any INcorrect spelling's of forms
or Answers Not totaly Answerd Correctly

Sincerely Robot Callda

Exhibit 4 Page 1 of 3

**State of New Jersey**

**v.**

| **ROBERT I . CALLAHAN** | |
|---|---|
| | **Defendant** |

Defendant Address   UNKNOWN

Date of Birth   01/15/1981

SBI Number   210796C

Date of Offense   02/07/2026

Superior Court of New Jersey

Chancery Division - Family Part

Ocean _____ County

Summons/Warrant   W2026-000213-1507

Date of Warrant/Summons   02/23/2026

Docket Number FO- 15-000460-26

Summons/Warrant _____

Date of Warrant/Summons _____

Docket Number FO- _____

## Order of Disposition

| Original Charge | Date | Plea | Date | Amended Charge | Date | Adjudication/Finding | Date |
|---|---|---|---|---|---|---|---|
| 2C: 29-9B(2) | | | | 2C: | | Dismissed | 05/21/2026 |
| 2C: | | | | 2C: | | | |
| 2C: | | | | 2C: | | | |

It is on this 21st day of May, 2026 **ORDERED** and adjudicated that the Defendant is sentenced as follows:

- Bail/Pretrial Monitoring Conditions discharged.
- Other: This matter is dismissed in its entirety pursuant to a plea agreement. Pro bono counsel is relieved. DEFT RELEASED ON THIS MATTER
- No financial penalties ordered.

**Failure to comply with the terms of this order will result in a warrant for your arrest. Additionally, the defendant must keep their address of residence current with the court.**

| 05/21/2026 | *Charles D. Bauer* |
|---|---|
| Date | Charles D. Bauer J.S.C. |
| ANTHONY PAGANO, ESQUIRE | EMILY GRIMALDI, ESQUIRE |
| Defense Attorney   PRO BONO ASSIGNMENT | Prosecutor |
| May 21, 2026 | May 21, 2026 |
| Date | Date |

Exhibt 4                                          1 of 2

State of New Jersey
v.

**ROBERT I . CALLAHAN**

                                    **Defendant**

Defendant Address   UNKNOWN

Date of Birth   01/15/1981

SBI Number   210796C

Date of Offense   02/07/2026

Superior Court of New Jersey
Chancery Division - Family Part
Ocean _____ County
Summons/Warrant   W2026-000210-1507
Date of Warrant/Summons   02/23/2026
Docket Number FO-  15-000459-26
Summons/Warrant
Date of Warrant/Summons
Docket Number FO- _____

## Order of Disposition

| Original Charge | Date | Plea | Date | Amended Charge | Date | Adjudication/Finding | Date |
|---|---|---|---|---|---|---|---|
| 2C: 29-9B(2) | | | | 2C: | | Dismissed | 05/21/2026 |
| 2C: | | | | 2C: | | | |
| 2C: | | | | 2C: | | | |

It is on this 21st day of May, 2026 **ORDERED** and adjudicated that the Defendant is sentenced as follows:

- Bail/Pretrial Monitoring Conditions discharged.
- Other: This matter is dismissed in its entirety pursuant to a plea agreement. Pro bono counsel is relieved. DEFT RELEASED ON THIS MATTER
- No financial penalties ordered.

**Failure to comply with the terms of this order will result in a warrant for your arrest. Additionally, the defendant must keep their address of residence current with the court.**

05/21/2026

Date

ANTHONY PAGANO, ESQUIRE

Defense Attorney   PRO BONO ASSIGNMENT

May 21, 2026

Date

*Charles D. Bauer*

Charles D. Bauer J.S.C.

EMILY GRIMALDI, ESQUIRE

Prosecutor

May 21, 2026

Date

Exhibt 4

1 of 3

State of New Jersey

v.

### ROBERT I . CALLAHAN

**Defendant**

Defendant Address  UNKNOWN

Date of Birth  01/15/1981

SBI Number  210796C

Date of Offense  02/05/2026

Superior Court of New Jersey

Chancery Division - Family Part

Ocean_____ County

Summons/Warrant  W2026-000198-1507

Date of Warrant/Summons  02/23/2026

Docket Number FO-  15-000458-26

Summons/Warrant _____

Date of Warrant/Summons _____

Docket Number FO- _____

## Order of Disposition

| Original Charge | Date | Plea | Date | Amended Charge | Date | Adjudication/Finding | Date |
|---|---|---|---|---|---|---|---|
| 2C: 29-9B(2) | | | | 2C: | | Dismised | 05/21/2026 |
| 2C:33-4A | | | | 2C: | | Dismised | 05/21/2026 |
| 2C:18-3A | | | | 2C: | | Dismised | 05/21/2026 |

It is on this 21st day of May, 2026 **ORDERED** and adjudicated that the Defendant is sentenced as follows:

- Bail/Pretrial Monitoring Conditions discharged.
- Other: This matter is dismissed in its entirety pursuant to a plea agreement. Pro bono counsel is relieved. DEFT RELEASED ON THIS MATTER
- No financial penalties ordered.

**Failure to comply with the terms of this order will result in a warrant for your arrest. Additionally, the defendant must keep their address of residence current with the court.**

05/21/2026
_____
Date

ANTHONY PAGANO, ESQUIRE
_____
Defense Attorney   PRO BONO ASSIGNMENT

May 21, 2026
_____
Date

*Charles D. Bauer*
_____
Charles D. Bauer J.S.C.

EMILY GRIMALDI, ESQUIRE
_____
Prosecutor

May 21, 2026
_____
Date

Exhibit S    1 of 6

RINITY   WIXNER
laintiff,

vs.

OBERT   I CALLAHAN
efendant.

**SUPERIOR COURT OF NEW JERSEY**
**CHANCERY DIVISION, FAMILY PART**
**OCEAN COUNTY**
**DOCKET NUMBER: FV-15-000020-26**

## Continuance Order

T IS HEREBY ORDERED on this **27th** day of **February, 2026**, that all restraints previously ordered in the Temporary Restraining rder dated **07/03/2025** (attached) **SHALL CONTINUE IN FULL FORCE AND EFFECT. THE TRO MUST BE ATTACHED TO HIS CONTINUANCE ORDER FOR SERVICE.**

T IS FURTHER ORDERED:

☐ The Defendant has not been served with the temporary restraining order. This matter is continued until the Defendant is served with the order. Upon service, law enforcement **must** send updated contact information and the return of service to the Family Division in the County indicated above.
Upon being served, the Defendant must contact the Family Division in the County indicated above on the next business day to get a court date. Failure by the defendant to contact the court may result in a final restraining order being issued.

☐ All parties shall appear for a hearing on   at   in Courtroom __. This Order shall serve as Notice to Appear.

☐ Remote: All parties appear for a hearing on   at .
    ☐ Video Remote Hearing is scheduled at the above date and time. You must attend via video as scheduled. Please contact the court for further details at . This Order shall serve as Notice to Appear.
    ☐ Phone Remote Hearing is scheduled at the above date and time. You must attend via phone as scheduled. Please contact the court for further details at . This Order shall serve as Notice to Appear.
    ☐ Remote Hearing is scheduled at the above date and time. You must attend as scheduled. Please contact the court for further details at . This Order shall serve as Notice to Appear.
    ☐ The proceedings will be conducted on the papers. Please contact the court for details at

_____ This Order shall serve as Notice to Appear.

☐ This Order shall be served **by personal service** on   ☐ **Plaintiff /**   ☐ **Defendant.**

☑ The parties shall advise the Court of any change in address or phone number.

☑ This case is being rescheduled due to the following other reason(s):
**TRO TO CONTINUE INDEFINITELY. DEF TO CONTACT THE DV UNIT TO HAVE THE MATTER SCHEDULED.**

s/CHARLES BAUER
_____
Honorable

rn of Service

**Defendant** was given a copy of the Order by:

_____    _____    _____
1e                          time and  date            signature / badge number / dept

**laintiff** was given a copy of the Order by:

'UE S/O # 308              10:25 AM    02/27/2026     OCEAN COUNTY SHERIFF DEPT
_____    _____    _____
                          time and  date            signature / badge number / dept

, CN: 10212 DV CO)                                                    page 1 of 1

Exhibit 3

2 of 6

## New Jersey Domestic Violence Civil Complaint and Temporary Restraining Order

| | | | Page 1 of 5 |
|---|---|---|---|
| ✓ TRO | ☐ Amended TRO | | N.J.S.A. 2C:25-17 et seq. |

☐ Superior Court, Chancery Division, Family Part, _____ County    ✓ Municipal Court of **TOMS RIVER TWP**

| Docket Number **FV-15-000020-26** | Police Case Number **25-34754** |
|---|---|

| In the Matter of Plaintiff (Victim) **WIXNER TRINITY P** | Plaintiff's Sex ☐ Male ✓ Female | Plaintiff's Date of Birth **04/28/1997** |
|---|---|---|

| **Defendant Information** | Last Name **CALLAHAN** | First Name **ROBERT** | Initial **I** | Hispanic or Latino? ✓ Yes ☐ No ☐ Unknown | Defendant's Race **WHITE** |
|---|---|---|---|---|---|

| AKA **KI** | | Defendant's Social Security Number **XXX-XX-X529** | Defendant's Sex ✓ M ☐ F | Eye Color **BROWN** | Hair Color **BLACK** |
|---|---|---|---|---|---|

| Home Address **724 BARBERRY DRIVE** | City **BRICK** | State **NJ** | Zip **08723-4206** | Date of Birth **01/15/1981** | Height | Weight |
|---|---|---|---|---|---|---|

| Home Phone Number | Work Phone Number | Distinguishing Features (Scars, Facial Hair, Etc.) **GOATEE** |
|---|---|---|

| Employer | Driver's License Number **C02916586901812** |
|---|---|

| Work Address | State **NJ** | Driver's License Expiration Date **06/30/2020** |
|---|---|---|

The undersigned complains that said defendant did endanger plaintiff's life, health or well being (give specific facts regarding acts or threats of abuse and the date(s) and time(s) they occurred; specify any weapons):

| ON (Date) **07/03/2025** | AT (Time) **05:51 PM** | BY (Details; specify any weapons) |
|---|---|---|

ON JULY 3, 2025 AT APPROXIMATELY 1751 HOURS, ROBERT CALLAHAN AND TRINITY WIXNER BEGAN TO ARGUE OVER CHILD CUSTODY. MS. WIXNER CLAIMED THAT SHE MADE A COMMENT THAT UPSET MR. CALLAHAN. WHILE SHE WAS SITTING ON THE COUCH MR. CALLAHAN THEN TOOK HER PHONE OUT OF HER SHORTS AND THREW IT ON THE GROUND, DAMAGING IT. MR. CALLAHAN THEN ALLEGEDLY HELD HER FACE, WHILE SCREAMING AT HER. MS. WIXNER CLAIMED THIS MADE HER FEARFUL.

which constitute(s) the following criminal offenses(s): (Check all applicable boxes. Law Enforcement Officer: Attach *N.J.S.P.* UCR DV1 offense report(s)):

| ☐ Homicide | ☐ Terroristic Threats | ☐ Criminal Restraint | ☐ Sexual Assault | ☐ Lewdness | ☐ Burglary | ☐ Harassment |
|---|---|---|---|---|---|---|
| ☐ Assault | ☐ Kidnapping | ☐ False Imprisonment | ☐ Criminal Sexual Contact | ✓ Criminal Mischief | ☐ Criminal Trespass | ☐ Stalking |
| ☐ Criminal Coercion | ☐ Robbery | ☐ Contempt of a DV Order | ☐ Any Other Crime Involving Risk of Death or Serious Bodily Injury | | | ☐ Cyber Harassment |

1. Any prior history of domestic violence reported or unreported? If Yes, explain:   ✓ Yes   ☐ No
MS. WIXNER CLAIMED THAT MR. CALLAHAN HAD SENT HER PHOTOS OF HIM HOLDING FIREARMS. ADDITIONALLY, HE HAS HARASSED HER MULTIPLE TIMES OVER THE PAST FEW WEEKS.

2. Does Defendant have a criminal history? (If Yes, submit any available criminal history report)   ✓ Yes   ☐ No

3. Any prior or pending court proceedings involving parties? (If Yes, enter docket number, court, county, state)   ☐ Yes   ✓ No

4. Has a criminal complaint been filed in this matter? (If Yes, enter date, docket number, court, county, state)   ☐ Yes   ✓ No

5. If Law Enforcement Officers responded to a domestic violence call:

Were weapons seized? If Yes, describe:   ☐ Yes   ✓ No      Was Defendant arrested? If Yes, describe:   ☐ Yes   ✓ No

6. (A) The Plaintiff and Defendant are 18 years old or older or emancipated and are: (select one)
☐ Married / Civil Union    ☐ Divorced    ✓ Present Household Member    ☐ Was at Any Time a Household Member   **OR**
(B) The Defendant is 18 years old or older or emancipated and Plaintiff and Defendant are: (select one)
☐ Unmarried    ☐ Co-Parents    ☐ Expectant Parents    ☐ Plaintiff and Defendant have had a dating relationship

7. Where appropriate list children you have with the Defendant, if any (include name, sex, date of birth, person with whom child resides)

| Child's Name: Last **CALLAHAN** | First **NICO** | M.I. | Sex **M** | Birth Date **11/3/2017** | Resides **TRINITY WIXNER** |
|---|---|---|---|---|---|

The Plaintiff and Defendant:   ✓ Presently;   ☐ Previously;   ☐ Never: Resided Together
☐ Family Relationship: What is your relationship to the defendant? _____ (Specify)

### Certification

I certify that the foregoing responses made by me are true. I am aware that if any of the foregoing responses made by me are willfully false, I am subject to punishment.

| **07/03/2025** | **TRINITY P WIXNER** |
|---|---|
| Date | Signature of Plaintiff |

Revised:09/2024, CN: 10010 (DVTRO)

Exhibit 3

3 of 6

**Domestic Violence Civil Complaint and Temporary Restraining Order**                    Page 2 of 5

| Docket Number | Defendant's Name |
|---|---|
| **FV-15-000020-26** | **ROBERT I CALLAHAN** |

## Part 1 - RELIEF - Instructions: Relief sought by Plaintiff

### DEFENDANT:

| TRO | FRO | TRO Granted | |
|---|---|---|---|
| 1. ☑ | N/A | ☑ | You are prohibited from returning to the scene of violence. |
| 2. ☑ | ☑ | ☑ | You are prohibited from future acts of domestic violence. |
| 3. ☑ | ☑ | ☑ | You are barred from the following locations: ☑ Residence(s) of Plaintiff   ☑ Place(s) of employment of Plaintiff |
| | | | ☑ Other (Only list addresses known to Defendant): 369 BERTHA ROAD, TOMS RIVER, NJ, 208 WINDWARD AVENUE, BEACHWOOD, NJ |
| 4. ☑ | ☑ | ☑ | You are prohibited from having **any** oral, written, personal, electronic, or other form of contact or communication with Plaintiff. |
| ☐ | ☐ | ☐ | Other(s): |
| 5. ☑ | ☑ | ☑ | You are prohibited from making or causing anyone else to make harassing communications to: Plaintiff |
| ☐ | ☐ | ☐ | Other(s) - Same as item 4 above or list names: |
| 6. ☑ | ☑ | ☑ | You are prohibited from stalking, following or threatening to harm, stalk or follow: Plaintiff |
| ☐ | ☐ | ☐ | Other(s) - Same as item 4 above or list names: |
| 7. ☐ | ☐ | | You must pay emergent monetary relief to (describe amount and method): |
| ☐ | ☐ | ☐ | Plaintiff: |
| ☐ | ☐ | ☐ | Dependent(s): |
| 8. ☐ | ☐ | ☐ | You must be subject to intake monitoring of conditions and restraints: |
| ☐ | ☐ | ☐ | Other (evaluations or treatment - describe): |
| 9. ☐ | ☐ | ☐ | Psychiatric evaluation: |
| 10. ☑ | ☑ | ☑ | **Prohibition Against Possession of Weapons:** You are prohibited from possessing **any and all firearms or other weapons** and must immediately surrender these firearms, weapons, permit(s) to carry, application(s) to purchase firearms and firearms purchaser ID card to the officer serving this Court Order. Failure to do so may result in your arrest and incarceration. |

### PLAINTIFF:

| | | | |
|---|---|---|---|
| 1. ☐ | ☐ | ☐ | You are granted exclusive possession of (list residence or alternate housing only if specifically known to defendant): |
| 2. ☑ | ☑ | ☑ | You are granted temporary custody of: NICO CALLAHAN |
| ☐ | ☐ | ☐ | Other relief for - Plaintiff: |
| ☐ | ☐ | ☐ | Other relief for - Children: |

### LAW ENFORCEMENT OFFICER:

are to accompany to scene, residence, shared place of business, other (indicate address, time, duration and purpose):

| | | | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Plaintiff: |
| ☐ | ☑ | ☑ | Defendant: 15 MINUTES TO RETRIEVE PROPERTY FROM RESIDENCE. |

CE TO DEFENDANT: A violation of any of the provisions listed in this order may constitute either civil or criminal contempt pursuant to *N.J.S.A.* 2C:25-30 ay result in your arrest, prosecution, and possible incarceration, as well as an imposition of a fine or jail sentence. **Only a court *can* modify any of the** or conditions of this court order.

rsey **Domestic Violence Court Order**                    Revised: 09/2024, CN: 10010 (DVTRO)

*Exhibit 3*

*4-of 6*

**Domestic Violence Civil Complaint and Temporary Restraining Order**                     Page 3 of 5

| Docket Number | Defendant's Name |
|---|---|
| DV-15-000020-26 | ROBERT I CALLAHAN |

## Warrant to Search for and to Seize Weapons for Safekeeping

☐ **To any law enforcement officer having jurisdiction** - this Order shall serve as a warrant to search for and to seize any issued permit to carry a firearm, application to purchase a firearm and firearms purchaser identification card issued to the defendant and the following firearm(s) or other weapon(s).Describe the weapons to be seized:

1. **You are hereby commanded** to search for the above described weapons and/or permits to carry a firearm, application to purchase a firearm and firearms purchaser identification card and to serve a copy of this Order upon the person at the premises or location described as:

2. **You are hereby ordered** in the event you seize any of the above described weapons, to give a receipt for the property so seized to the person from whom they were taken or in whose possession they were found, or in the absence of such person to have a copy of this Order together with such receipt in or upon the said structure from which the property was taken.

3. **You are authorized** to execute this Order immediately or as soon thereafter as is practicable:

    ☐ Anytime    ☐ Other: _____

4. **You are further ordered,** after the execution of this Order, to promptly provide the Court with a written inventory of the property seized per this Order.

## Part 2 - RELIEF - DEFENDANT:

| TRO | FRO | TRO Granted | |
|---|---|---|---|
| 1. ☑ | ☑ | ☑ | No parenting time / visitation until further ordered; |
| ☐ | ☐ | ☐ | Parenting time / visitation pursuant to _____ suspended until further order: _____ |
| ☐ | ☐ | ☐ | Parenting time / visitation permitted as follows: |
| 2. ☐ | ☐ | ☐ | Risk assessment ordered (specify by whom, any requirements, dates): |
| 3. ☐ | ☐ | | You must provide compensation as follows: |
| ☐ | ☐ | ☐ | Emergent support for Plaintiff: _____ |
| ☐ | ☐ | ☐ | for Dependent(s): _____ |
| N/A | ☐ | ☐ | Ongoing support for Plaintiff: _____ |
| N/A | ☐ | ☐ | for Dependent(s): _____ |
| ☐ | ☐ | ☐ | Compensatory damages to Plaintiff: _____ |
| N/A | ☐ | ☐ | Punitive damages to Plaintiff: _____ |
| N/A | ☐ | ☐ | to Third Party(ies) (describe): _____ |
| ☐ | ☐ | ☐ | Medical coverage for Plaintiff: _____ |
| ☐ | ☐ | ☐ | for Dependent(s): _____ |
| ☐ | ☐ | ☐ | ☐ Rent   ☐ Mortgage payments (specify amount(s) and recipient(s)): |
| ☐ | ☐ | ☐ | You must participate in a batterers intervention program: |
| | ☐ | ☐ | You are granted temporary possession of the following personal property (describe): |

## - RELIEF - PLAINTIFF:

| | | |
|---|---|---|
| ☐ | ☐ | You are granted temporary possession of the following personal property (describe): |

its:

_____

**DEFENDANT:** A violation of any of the provisions listed in this order may constitute either civil or criminal contempt pursuant to *N.J.S.A.* 2C:25-30 sult in your arrest, prosecution, and possible incarceration, as well as an imposition of a fine or jail sentence. **Only a court *can* modify any of the** nditions of this court order.

**Domestic Violence Court Order**                     Revised: 09/2024, CN: 10010 (DVTRO)

Exhibit 3

5 of 6

**Domestic Violence Civil Complaint and Temporary Restraining Order**                    Page 4 of 5

| Docket Number | Defendant's Name |
|---|---|
| V-15-000020-26 | ROBERT I CALLAHAN |

Addendum:

- [ ] **TRO denied.** Complaint dismissed by Family Part.
- [ ] **TRO denied by Municipal Court.**
- [ ] **TRO denied** by Superior Court Judge at De Novo Hearing.
- [ ] **TRO granted** by Superior Court Judge at De Novo Hearing. The Court has established jurisdiction over the subject matter and the parties pursuant to *N.J.S.A.* 2C:25-17 et seq., and has found good cause that a prima facie act of domestic violence has been established; that an immediate danger of domestic violence exists and that plaintiff's life, health and well being are endangered; that an emergency restraining Order is necessary pursuant to *R.* 5:7A(b) and *N.J.S.A.* 2C:25-28 to prevent the occurrence or recurrence of domestic violence and to search for and seize firearms and other weapons as indicated in this order.
- [x] **TRO granted.** The Court has established jurisdiction over the subject matter and the parties pursuant to *N.J.S.A.* 2C:25-17 et seq., and has found good cause that a prima facie act of domestic violence has been established; that an immediate danger of domestic violence exists and that plaintiff's life, health and well being are endangered; that an emergency restraining Order is necessary pursuant to *R.* 5:7A(b) and *N.J.S.A.* 2C:25-28 to prevent the occurrence or recurrence of domestic violence and to search for and seize firearms and other weapons as indicated in this order.

| | | | |
|---|---|---|---|
| Date/Time | [ ] Via Telecommunications | s/ _____ Hearing Officer | TOMS RIVER TWP |
| 07/03/2025 | 08:05 PM | s/ JAMES GLUCK | OCEAN |
| Date/Time | [x] Via Telecommunications | Honorable Municipal Court Judge | Court / County |
| | | s/ _____ | |
| Date/Time | [ ] Via Telecommunications | Honorable Superior Court Judge | Court / County |

## All Law Enforcement Officers Will Serve and Fully Enforce This Order

This *ex parte* Domestic Violence Complaint and Temporary Restraining Order meets the criteria of the federal Violence Against Women Act for enforcement outside of the State of New Jersey upon verification of service of defendant. **18 *U.S.C.A.* 2265 & 2266**

### This Order Shall Remain in Effect Until Further Order of the Court and Service of Said Order on the Defendant.

### Notice to Appear to Plaintiff and Defendant

1. [x] Both the plaintiff and defendant are ordered to appear for a final hearing on (date) **07/08/2025** at (time) **08:30 AM** at the Superior Court, Chancery Division, Family Part, **OCEAN** County, located at (address)

   120 HOOPER AVE., TOMS RIVER, NJ 08753, 732-504-0700 X64090

   Note: You must bring financial information including pay stubs, insurance information, bills and mortgage receipts with you to Court.

2. [ ] Remote: All parties shall appear for a hearing on _____ at _____
   - I. [ ] Video Remote Hearing is scheduled at the above date and time. You must attend via video as scheduled. Please contact the court for further details at _____
   - II. [ ] Phone Remote Hearing is scheduled at the above date and time. You must attend via Phone as scheduled. Please contact the court for further details at _____
   - III. [ ] Remote Hearing is scheduled at the above date and time. You must attend as scheduled. Please contact the court for further details at _____
   - IV. [ ] The proceeding will be conducted on the papers. Please contact the court for details _____
   - [ ] The final hearing in this matter shall not be scheduled until: _____
   _____
   - [ ] Interpreter needed. Language: _____
   Upon satisfaction of the above-noted conditions notify the Court immediately so that a final hearing date may be set.

**IMPORTANT:** The parties cannot themselves change the terms of this Order on their own. This Order may only be changed or dismissed by the Superior Court. The named defendant cannot have any contact with the plaintiff without permission of the Court.

### Notice to Defendant

Violation of any of the provisions listed in this Order or a failure to comply with the directive to surrender all weapons, firearm permits, registrations or identification cards may constitute criminal contempt pursuant to *N.J.S.A.* 2C:29-9(b), and may also constitute violations of other state and federal laws which may result in your arrest and/or criminal prosecution. This may result in a jail sentence.

You have the right to immediately file an appeal of this temporary Order before the Superior Court, Chancery Division, Family Part, as indicated above and a hearing may be scheduled.

Exhibit 3

6/ of 6

mestic Violence Civil Complaint and Temporary Restraining Order                                    Page 5 of 5

| ket Number | Defendant's Name |
|---|---|
| -15-000020-26 | ROBERT I CALLAHAN |

## Return of Service

☑ Plaintiff was given a copy of the Complaint / TRO by:

| ELWOOD BRIAN | 08:05 PM    07/03/2025 | TOMS RIVER POLICE DEPT |
|---|---|---|
| Print Name | Time and Date | Signature / Badge Number / Department |

☑ I hereby certify that I served the within Complaint / TRO by delivering a copy to the Defendant personally:

| FANARA DREW | 04:27 PM    07/06/2025 | BERKELEY TWP POLICE DEPT |
|---|---|---|
| Print Name | Time and Date | Signature / Badge Number / Department |

☐ I hereby certify that I served the within Complaint / TRO by use of substituted service as follows:

| Print Name | Time and Date | Signature / Badge Number / Department |
|---|---|---|

☐ Defendant could not be served (explain): _____

| Print Name | Time and Date | Signature / Badge Number / Department |
|---|---|---|

**The Courthouse is accessible to those with disabilities.  Please notify the Court if you require assistance.**  &

tribution:    Family Part,    Plaintiff,    Defendant,    Sheriff,    Other

mestic Violence Court Order                                    Revised: 09/2024 CN: 10010 (DVTRO)

Exhibit 2

1 of 3

**State of New Jersey**
**v.**
      **ROBERT I . CALLAHAN**
                  **Defendant**

Defendant Address  UNKNOWN
Date of Birth  01/15/1981
SBI Number  210796C
Date of Offense  02/07/2026

Superior Court of New Jersey
Chancery Division - Family Part
Ocean         County
Summons/Warrant   W2026-000213-1507
Date of Warrant/Summons  02/23/2026
Docket Number FO- 15-000460-26
Summons/Warrant
Date of Warrant/Summons
Docket Number FO-

## Order of Disposition

| Original Charge | Date | Plea | Date | Amended Charge | Date | Adjudication/Finding | Date |
|---|---|---|---|---|---|---|---|
| 2C: 29-9B(2) | | | | 2C: | | | |
| 2C: | | | | 2C: | | | |
| 2C: | | | | 2C: | | | |

It is on this 7th day of May, 2026 **ORDERED** and adjudicated that the Defendant is sentenced as follows:

- Other: Defendant refused to appear. Matter relisted to 5/21/26 at 9am in-person. DEFT DETAINED AND REMANDED BACK TO OCJ ON THIS MATTER

- No financial penalties ordered.

**Failure to comply with the terms of this order will result in a warrant for your arrest. Additionally, the defendant must keep their address of residence current with the court.**

05/07/2026
Date

      ANTHONY PAGANO, ESQUIRE
Defense Attorney   PRO BONO ASSIGNMENT
May 7, 2026
Date

*Charles D. Bauer*
                      Charles D. Bauer J.S.C.
      EMILY GRIMALDI, ESQUIRE
                       Prosecutor
      May 7, 2026
                       Date

Exhibit 2

1-2

State of New Jersey
v.

**ROBERT I . CALLAHAN**

                   **Defendant**

Defendant Address  UNKNOWN

Date of Birth  01/15/1981

SBI Number  210796C

Date of Offense  02/07/2026

Superior Court of New Jersey
Chancery Division - Family Part
Ocean       County

Summons/Warrant  W2026-000210-1507

Date of Warrant/Summons  02/23/2026

Docket Number FO- 15-000459-26

Summons/Warrant

Date of Warrant/Summons

Docket Number FO-

## Order of Disposition

| Original Charge | Date | Plea | Date | Amended Charge | Date | Adjudication/Finding | Date |
|---|---|---|---|---|---|---|---|
| 2C: 29-9B(2) | | | | 2C: | | | |
| 2C: | | | | 2C: | | | |
| 2C: | | | | 2C: | | | |

It is on this 7th day of May, 2026 **ORDERED** and adjudicated that the Defendant is sentenced as follows:

- Other: Defendant refused to appear. Matter relisted to 5/21/26 at 9am in-person. DEFT DETAINED AND REMANDED BACK TO OCJ ON THIS MATTER
- No financial penalties ordered.

**Failure to comply with the terms of this order will result in a warrant for your arrest. Additionally, the defendant must keep their address of residence current with the court.**

05/07/2026

Date

ANTHONY PAGANO, ESQUIRE

Defense Attorney  PRO BONO ASSIGNMENT

May 7, 2026

Date

*Charles D. Bauer*

Charles D. Bauer J.S.C.

EMILY GRIMALDI, ESQUIRE

                   Prosecutor

May 7, 2026

                   Date

Exhibit 2

A-3

State of New Jersey

**ROBERT I . CALLAHAN**

Defendant Address  UNKNOWN

Date of Birth  01/15/1981

SBI Number  210796C

Date of Offense  02/05/2026

Defendant

Superior Court of New Jersey

Chancery Division - Family Part

Ocean            County

Summons/Warrant   W2026-000198-1507

Date of Warrant/Summons  02/23/2026

Docket Number FO- 15-000458-26

Summons/Warrant

Date of Warrant/Summons

Docket Number FO-

## Order of Disposition

| Original Charge | Date | Plea | Date | Amended Charge | Date | Adjudication/Finding | Date |
|---|---|---|---|---|---|---|---|
| 2C: 29-9B(2) | | | | 2C: | | | |
| 2C:33-4A | | | | 2C: | | | |
| 2C:18-3A | | | | 2C: | | | |

It is on this 7th day of May, 2026 **ORDERED** and adjudicated that the Defendant is sentenced as follows:

- Other: Defendant refused to appear. Matter relisted to 5/21/26 at 9am in-person. DEFT DETAINED AND REMANDED BACK TO OCJ ON THIS MATTER
- No financial penalties ordered.

**Failure to comply with the terms of this order will result in a warrant for your arrest. Additionally, the defendant must keep their address of residence current with the court.**

5/07/2026

Date

ANTHONY PAGANO, ESQUIRE

Defense Attorney   PRO BONO ASSIGNMENT

May 7, 2026

Date

*Charles D. Bauer*

Charles D. Bauer J.S.C.

EMILY GRIMALDI, ESQUIRE

Prosecutor

May 7, 2026

Date

Exhibt I

inf.1

Page __1__ of __1__

**Ocean County Superior Court.– Law Division**
**Supplement to Criminal Information Form**

Defendant Name: **ROBERT CALLAHAN**        Date: **4/24/26**

Indictment No.: **FO-15-460-26/W2026-213-1507**        Judge: **SAHIN**
**FO-15-459-26/W2026-210-1507**
**FO-15-458-26/W2026-198-1507**

## BENCH WARRANT EXECUTED

## FTA 3-26-26 JUDGE BAUER NO BAIL/CJR

✳ ONly Cart cnsE Ive missed in over 10yrs ↗
To conflict Ive repeatedly stated on record ✳

STATE FILED MOTION TO REVOKE RELEASE : DEFT DETAINED PENDING MRR

✳ all 4th degrees charges for T.R.O who's
Qualifying charse was Dismissed And said
T.R.O Has been carried for almost a year

NEXT COURT DATE : DH 4/27/26 & MRR 4/27/26 PMS

PROS:A.ANGELO
PD: COOKE

Clerk: **M.CAPISTRAN EXT.64396**
C/S/ZOOM

White: Court        Yellow: Warden        Pink: Defendant

✳ CALLAHANS/NOTES

Robert Callahan P2372
120 Hooper AVE
Toms River NJ 08753





**RECEIVED**

JUN - 1 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Clerk of cout clarkson S.
Fisher Buiding U.S. Courthouse
402 EAst state Street
Trenton NJ 08608